UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-10801-SB-SSC | Date: | February 13, 2026 |
|---|---|---|---|

| Title: | Stephanie Crowder v. Nissan North America, Inc. et al. |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David N Barry | Angelica Anguiano |

**Proceedings: (Minutes of)** Motion to Remand [23] **(Held and completed)**

　　　The Court heard argument from counsel on Plaintiff's motion to remand (Dkt. No. 23).  For the reasons stated on the record, the motion is denied.

0:06

CV-90 (12/02)　　　　　　　　**CIVIL MINUTES – GENERAL**　　　　　　Initials of Deputy Clerk LFA