**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| STEPHANIE CROWDER | 2:25-cv-10801-SB-SSC |
| PLAINTIFF | |
| v. | |
| NISSAN NORTH AMERICA, INC., ET AL | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on ___May 29, 2026___ as docket number _27_____ (the "Offer of Judgment"), judgment is hereby entered for

 Plaintiff, Stephanie Crowder

and against

 Defendant, Nissan North America, Inc.

 according to the terms set forth in the Offer of Judgment.

Date:  June 4, 2026

By:  Lynnie Fahey

Deputy Clerk

CV-140 (02/21)                                                    **JUDGMENT**